Case 6:18-cv-00068   Document 13   Filed on 05/31/19 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
June 03, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| TAMMY HERCHEK, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 6:18-CV-00068 |
| § | |
| ALLSTATE INDEMNITY COMPANY, § | |
| § | |
| Defendant. § | |

## ORDER OF DISMISSAL ON STIPULATION

Having reviewed the Joint Stipulation of Dismissal with prejudice filed by the plaintiff, Tammy Herchek, and the defendant, Allstate Vehicle and Property Insurance Company (Dkt. No. 12), it is hereby

**ORDERED** that the plaintiff's causes of action against the defendant are hereby **DISMISSED** with prejudice to refilling same. All costs of Court are hereby charged against the party incurring same.

It is so ORDERED.

SIGNED on this 31st day of May, 2019.

_____
Kenneth M. Hoyt
United States District Judge